### Jesse McClure v. The State.

No. 9625.   Delivered October 14, 1925.

**Sale of Intoxicating Liquor—No Bills of Exception—No Statement of Facts.**

The record is before us without either a statement of facts or bill of exception, and no error appearing the cause is affirmed.

Appeal from the District Court of Grayson County. Tried below before the Hon. F. E. Wilcox, Judge.

Appeal from a conviction for the sale of intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for the sale of intoxicating liquor with the punishment assessed at confinement in the penitentiary for one year.

The record contains neither bills of exception, nor is it accompanied by a statement of facts. In this condition of the record no question is presented for review.

The judgment is affirmed.

*Affirmed.*